IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                                                    PLAINTIFF

v.                              Case No. 5:12-CR-50070

THOMAS RUDY MOJICA                                                                          DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 45) from United States Magistrate Judge Erin L. Setser. Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 42).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing. To the extent necessary, the Court also adopts the preliminary order of forfeiture (Doc. 43) signed by the Magistrate and entered at the plea hearing.

IT IS SO ORDERED this 8th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE